240 So.2d 689

### In re KING HOMES, INC.

v.

### Robert W. ROBERTS and Bessie Roberts.

### Ex parte King Homes, Inc.

### 8 Div. 413.

Supreme Court of Alabama.

Nov. 5, 1970.

Robert L. Hodges, Ford, Caldwell, Ford & Payne, Huntsville, for petitioner.

Aubrey Lammons, Huntsville, opposed.

HARWOOD, Justice.

Petition of King Homes, Inc., a Corporation, for certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in King Homes, Inc. v. Roberts, 46 Ala.App. 257, 240 So.2d 679 (8 Div. 25).

Writ denied.

SIMPSON, MERRILL, COLEMAN, BLOODWORTH, MADDOX, and Mc-CALL, JJ., concur.

242 So.2d 410

### Marvin MALONE, alias

v.

### STATE.

### Ex parte Marvin MALONE, alias.

### 3 Div. 468.

Supreme Court of Alabama.

Dec. 17, 1970.

James D. Straiton, Montgomery, for petitioner.

MacDonald Gallion, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Marvin Malone, Alias, for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Malone v. State, 46 Ala.App. 363, 242 So.2d 409 (3 Div. 4).

Writ denied.

COLEMAN, BLOODWORTH, MADDOX and McCALL, JJ., concur.

240 So.2d 695

### In re Raymond C. POUCHER

v.

### STATE.

### Ex parte Raymond C. Poucher, Jr.

### 3 Div. 467.

Supreme Court of Alabama.

Nov. 5, 1970.

Rehearing Denied Nov. 23, 1970.

L. H. Walden, Montgomery, for petitioner.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., opposed.

McCALL, Justice.

Petition of Raymond C. Poucher, Jr. for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Poucher v. State, 46 Ala.App. 272, 240 So.2d 694 (3 Div. 31).

Writ denied.

SIMPSON, MERRILL, COLEMAN, HARWOOD, BLOODWORTH and MADDOX, JJ., concur.